IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNITED PENSION TRUST FUND,
NACARCI FEASTER (in his capacity as Trustee),
PAINTERS LOCAL 781 HEALTH FUND,
PAINTERS LOCAL 781 APPRENTICESHIP FUND,
JOHN JORGENSEN (in his capacity as Trustee), and
PDI, INC. FUND,

        Plaintiffs,

                                      Case No. 09-cv-383

v.

REMBRANT PAINTING & DECORATING, LLC,

        Defendant.

---

## ENTRY OF DEFAULT

Plaintiffs request that the Clerk of Court enter default against defendants pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear plead or otherwise defend, the default of defendant Rembrant Painting & Decorating, LLC is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 30th day of November, 2009.

                                                  */s/ Peter Oppeneer*
                                                  PETER OPPENEER
                                                  Clerk of Court