UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNITED PENSION TRUST FUND,
and NACARCI FEASTER (in his capacity as Trustee),

PAINTERS LOCAL 781 HEALTH FUND,
PAINTERS LOCAL 781 APPRENTICESHIP FUND,
and JOHN JORGENSEN (in his capacity as Trustee),

PDI, INC. FUND,

        Plaintiffs,

        v.        Case No. 09-383

REMBRANDT PAINTING & DECORATING, LLC,

        Defendant.

---

### ORDER FOR JUDGMENT

Request and application for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.    Defendant Rembrandt Painting & Decorating, LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.    Rembrandt Painting & Decorating, LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff

Funds.

3. The court assesses the total damages to the plaintiffs in the sum of $5,250.49.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs Building Trades United Pension Trust Fund, Nacarci Feaster, Painters Local 781 Health Fund, Painters Local 781 Apprenticeship Fund, John Jorgensen, and PDI Inc. Fund and against defendant Rembrandt Painting & Decorating, LLC in the amount of $5,250.49, with interest at the rate that is provided by law.

Dated this 30th day of December, 2009.

BY THE COURT

_Barbara B. Crabb_
U. S. District Court Judge