UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

BUILDING TRADES UNITED PENSION TRUST FUND,
and NACARCI FEASTER (in his capacity as Trustee),

PAINTERS LOCAL 781 HEALTH FUND,
PAINTERS LOCAL 781 APPRENTICESHIP FUND,
and JOHN JORGENSEN (in his capacity as Trustee),

PDI, INC. FUND,

      Plaintiffs,

              v.            Case No. 09-383

REMBRANDT PAINTING & DECORATING, LLC,

      Defendant.

---

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs Building Trades United Pension Trust Fund, Nacarci Feaster, Painters Local 781 Health Fund, Painters Local 781 Apprenticeship Fund, John Jorgensen and PDI Inc. Fund recover from the defendant Rembrandt Painting & Decorating, LLC the sum of $5,250.49 with interest thereon at the rate that is provided by law.

Dated at Milwaukee, Wisconsin, this 31st day of December, 2009.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 30th day of December, 2009.

_____
U. S. District Court Judge